UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
JUL 0 3 2017
CLERK

IN RE: GRAND JURY SUBPOENA/
COURT ORDER

No. 15-mc-000088-VLD

**MOTION TO EXTEND NON-DISCLOSURE UNDER 18 U.S.C. § 2705(a)**

The United States requests that, pursuant to the preclusion of notice provisions of 18 U.S.C. § 2705(a), Facebook, Inc. be ordered not to notify any person (including the subscriber or customer to which the materials relate) of the existence of the grand jury subpoena that is the subject of this matter for another period of 90 days or until further order of the Court.

The subject of the investigation is the focus of a national security investigation involving allegations that subject is an Al Qaeda supporter who purposefully mistranslated information while serving as an interpreter in Iraq for the US military which resulted in the death or injury of US military members.

Such an order is justified because notification of the existence of the grand jury subpoena would seriously jeopardize the ongoing investigation. Such a disclosure would give the subject/subscriber an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee or continue his/her flight from prosecution.

WHEREFORE, it is respectfully requested that the Court grant the Order filed herewith directing Facebook, Inc. not to disclose the existence of the grand

jury subpoena and any other documents entered in connection therewith, except to the extent necessary to carry out the Order.

Dated this 30th day of June, 2017.

RANDOLPH J. SEILER<br>
United States Attorney<br>
<br>
Dennis R. Holmes, Chief<br>
Criminal Division<br>
P.O. Box 2638<br>
Sioux Falls, SD 57101-2638<br>
Telephone: (605)357-2350<br>
Facsimile: (605)330-4410<br>
E-Mail: dennis.holmes@usdoj.gov