UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

IN RE: GRAND JURY SUBPOENA/ COURT ORDER

No. 15-mc-00088-VLD

**ORDER EXTENDING NON-DISCLOSURE UNDER 18 U.S.C. § 2705(a)**

It appearing that notice to any person (including the subscriber or customer to which the materials relate) of the existence of the grand jury subpoena that is the subject of this matter and any other documents entered in connection therewith would seriously jeopardize an ongoing investigation,

IT IS ORDERED that Facebook, Inc. shall continue to not disclose the existence of the grand jury subpoena and any other documents entered in connection therewith, to the listed subscriber or to any other person, for an additional period of 90 days or unless and until authorized to do so by the Court.

Dated: _____

BY THE COURT:

_____
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE